IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEPHANIE WASHINGTON )
)
v. ) NO. 3:09-0642
) JUDGE CAMPBELL
ARBY'S RESTAURANT GROUP, INC. )

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 30). For the reasons stated in the accompanying Memorandum, Defendant's Motion is GRANTED, and this action is DISMISSED.

The trial set for January 18, 2011, and the pretrial conference set for January 10, 2011, are canceled. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE